UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 6:13-CV-00418 (GKS) (GJK)
Magistrate Judge:

DANIELLE TACORONTE,

     Plaintiff,

vs.

MARC B. COHEN, INDIVIDUALLY, JODI N.
COHEN, INDIVIDUALLY, GREENSPOON
MARDER & ASSOCIATES, INC., WELLS
FARGO BANK, N.A.,

     Defendants.

_____/

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE
## OF DEFENDANT JODI COHEN

The Plaintiff, DANIELLE TACORONTE, and the Defendant, JODI COHEN, jointly

move the Court for an order of Dismissal of Defendant JODI COHEN, with prejudice, stating as

follows:

1.     The Court entered its Order (23) Granting Defendant JODI COHEN's Motion to

Dismiss (14) on June 12, 2013. The Order dismissed the Complaint without prejudice.

2.     Defendant JODI COHEN has the right under Rule 11 and Rule 54 to seek

attorney's fees and costs in this matter. The Plaintiff and Defendant JODI COHEN have reached

an agreement that in order to avoid the time and expense of further motion practice, Defendant

will not file such motions for attorney's fees and costs in return for Plaintiff's agreement to file

this Joint Motion for Dismissal with Prejudice of Defendant JODI COHEN, subject to the

Court's approval of same.