# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:13-CV-418-Orl-18GJK

DANIELLE TACORANTE

      Plaintiff,

v.

MARC B. COHEN, Individually,
GREENSPOON MARDER, P.A.,

      Defendants.

_____/

## DECLARATION OF MARC B. COHEN

Pursuant to 28 U.S.C. § 1746, I, MARC B. COHEN, declare as follows.

1.    My name is Marc B. Cohen.

2.    I am a citizen of the United States and am over eighteen years of age.

3.    I make this Declaration in support of Defendants' Motion for Summary Judgment, filed contemporaneously herewith.

4.    I have personal knowledge of the facts and circumstances contained in this declaration.

5.    If called as a witness to testify, I could and would competently testify to the facts stated herein.

6.    I am an attorney in good standing with the Florida bar.

7.    I am a shareholder of Greenspoon Marder, P.A. ("GM").

8.    My employment and status as a partner and shareholder of GM began in October 2008.

9.    Wells Fargo Bank, N.A. ("Wells Fargo") became a client of GM on or about February, 2010.

10.    As an attorney in GM, I first appeared as co-counsel for Wells Fargo in *Wells*

*Declaration of Marc B. Cohen in Support*
*of Motion for Summary Judgment*
CASE NO. 6:13-CV-418-Orl-18GJK

*Fargo Bank, N.A. v. Danielle Tacorante*, 9th Judicial Circuit Court Osceola County, Florida, Case No. 09-CA-8077 (the "Wells Fargo Case") on July 21, 2011, when I filed, on Wells Fargo's behalf, a Notice of Hearing as to Defendant Danielle Tacoronte's Motion to Dismiss.

11.     From July 21, 2011 to the present time, as an attorney in GM, I continued to appear in all court proceedings and represented Wells Fargo fully in the Wells Fargo Case. Indeed, as an attorney of GM and as Wells Fargo's attorney, I attended the hearing on Defendant Danielle Tacoronte's Motion to Dismiss on August 4, 2011.

12.     Cohen, Conway, Copeland & Pavia P.A. ("CCCP") is a firm of which I was a former named partner. CCCP was dissolved in 2008 but ceased to engage in legal practice on April 30, 2006.

13.     On January 26, 2012, for the purposes of review and collection of a debt owed to GM's client Wells Fargo, and ahead of a mediation scheduled to occur in the Wells Fargo Case, I pulled Danielle Tacoronte's credit report from Equifax on January 30, 2012.

14.     As an attorney in GM and as Wells Fargo's attorney, I attended mediation in the Wells Fargo Case on January 30, 2012.

15.     As an attorney in GM and as Wells Fargo's attorney, I attended a pre-trial conference in the Wells Fargo Case in February, 2012.

16.     As an attorney in GM and as Wells Fargo's attorney, I filed Wells Fargo's Motion for Summary Judgment in the Wells Fargo Case.

17.     As an attorney in GM and as Wells Fargo's attorney, I attended the hearing on Wells Fargo's Motion for Summary Judgment in the Wells Fargo Case on March 16, 2012.

[SIGNATURE APPEARS ON THE FOLLOWING PAGE]

*Declaration of Marc B. Cohen in Support*
*of Motion for Summary Judgment*
CASE NO. 6:13-CV-418-Orl-18GJK

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this ___14th___ of ___Jan___, 2014.

_____
Marc B. Cohen, Esq.