**EXHIBIT 7**

MEMORY TRANSMISSION REPORT

TIME     : 11-02-'09 11:22
FAX NO.1 :
NAME     :

| | |
|---|---|
| FILE NO. | : 906 |
| DATE | : 11.02 11:21 |
| TO | : ☎##48117704422700 |
| DOCUMENT PAGES | : 1 |
| START TIME | : 11.02 11:21 |
| END TIME | : 11.02 11:22 |
| PAGES SENT | : 1 |
| STATUS | : OK |

*** SUCCESSFUL TX NOTICE ***

**EQUIFAX**

Customer Name: COHEN, CONWAY, COPELAND     Page 2 of 5
Customer Number: 04/465YC01927

CHANGE OF ADDRESS FORM

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Please complete form and fax to 770-443-2700.

☐ Yes! Enroll me in Electronic Invoicing

Contact Name*: MIA CARTER
Phone: 561-927-2670

Address 1: c/o Greenspoon Marder, P.A.
Address 2: Suite 700
100 West Cypress Creek Road
Fort Lauderdale, FL 33309

State: __  Zip Code: _____ - ____

To start receiving invoices electronically check the box above and provide e-mail address, contact name and phone number.

E-mail Address*: _____

Allow two billing cycles for electronic invoicing to be effective. Equifax will contact you to confirm your enrollment.     *REQUIRED for Electronic Enrollment

Signature _____   Date _____

EXPLANATION OF CODES

| ACCESS METHOD | INDIVIDUAL / JOINT INDICATOR |
|---|---|
| (illegible list) | (illegible list) |

| | HIT INDICATOR |
|---|---|
| | (illegible list) |