UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIELLE TACORONTE

              Plaintiff,                                Case No. 6:13-cv-418-ORL-18GJK

-v-

MARC B. COHEN, INDIVIDUALLY,
and GREENSPOON MARDER P.A.,

              Defendants

_____/

## MOTION TO DISMISS COUNTS I AND II OF
## AMENDED COMPLAINT

Plaintiff, Danielle Tacoronte,  files this  Motion to Dismiss Counts I and II of Plaintiffs Amended Complaint pursuant to Rule 41(a)(2) as follows:

1.  Plaintiff wishes to dismiss and withdraw all claims in Counts I and II of the Amended Complaint (Doc 43) with prejudice to refiling which will result in leaving only the violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. set out in Count III as Plaintiff's case against Marc B. Cohen and Greenspoon Marder, P.A.

2.  Plaintiff withdraws paragraphs 60 to 71 of her Amended Complaint as well as the Wherefore clauses related to Counts I and II contained in said Compliant. All other paragraphs in the Amended Complaint shall remain including Count III for violation of the FCRA which Plaintiff wishes to continue.

3. This Dismissal is with prejudice to refiling an action based on Counts I or II and without

   costs or attorney fees being awarded to either party related to Counts I and II only.

   Plaintiff continues to seek attorney fees and court costs for Count III should she prevail

   on that Count III at trial or summary judgment.

   **WHEREFORE,** Plaintiff moves for an Order of Dismissal with prejudice  and without

   costs of Counts I and II of Plaintiff's Amended Complaint.

                Stipulated to and Respectfully submitted,

                *_s/ J. Marshall Gilmore_____*
                J. Marshall Gillmore, Esq.
                Counsel for Plaintiff
                FL Bar No. 840181
                1936 Lee Road, Suite 100
                Winter Park, FL  32789
                Phone (407) 936-8675 (321)591-9922
                Fax     (407) 599-3801
                mgilmore@mgilmorelaw.com

## **LOCAL RULE 3.01G CONFERENCE AND CERTIFICATE**

I CERTIFY that I have attempted to confer with both opposing counsel, Mr. Epstein and Ms. Meredith Leonard by emailing and telephone but have been unable to get their position. Ms. Leonard is out of the office until February 24 and Mr. Epstein has been tied up with another matter.  Originally when Plaintiff conferred with Ms. Leonard regarding filing a Second Amended Complaint to dismiss Counts I and II, counsel for Defendants indicated that they had no objection to dismissal of Counts I and II but did object to doing so by way of an amended complaint that would change any wording to Count III. The Court has now denied Plaintiff's Motion to file a Second Amended Complaint to dismiss Counts I and II and so Plaintiff has now prepared the foregoing Motion to Dismiss Counts I and II pursuant to Rule 41(a)(2) as Plaintiff still does not have the Defendant's position  regarding this Motion. In consideration of the fact that cross motions for Summary Judgment are pending and in order to not cause the Court to have to consider all the pleadings and arguments regarding Counts I and II, Plaintiff now is filing this Motion unilaterally rather than as a Stipulated Motion although, as early as tomorrow, Plaintiff may have Defendants stipulation and will inform the court.

                *_s/ J. Marshall Gilmore_____*
                J. Marshall Gilmore, Esq.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 19st day of February, 2014 electronically via Clerk of the Court by CM/ECF delivery to all parties of record.

_s/J. Marshall Gilmore_____
J. Marshall Gilmore, Esq.