UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIELLE TACORONTE,

    Plaintiff,

v.                                                                                  Case No. 6:13-cv-418-Orl-18GJK

MARC B. COHEN and GREENSPOON
MARDER, P.A.,

    Defendants.

## ORDER

THIS CAUSE comes for consideration on Plaintiff Danielle Tacoronte's Motion to Dismiss Counts I and II of Amended Complaint (Doc. 82), to which Defendants Marc B. Cohen and Greenspoon Marder, P.A. (collectively "Defendants") responded in opposition (Doc. 83). Tacoronte seeks to dismiss with prejudice Counts I and II of her First Amended Complaint pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Doc. 82 at 1.) Defendants do not oppose Tacoronte's motion to the extent it seeks dismissal of Counts I and II with prejudice; however, Defendants oppose Tacoronte's motion to the extent voluntarily dismissal of Counts I and II with prejudice would preclude Defendants from seeking to recover attorney's fees and costs incurred in defending those claims. (Doc. 83 at 1.)

Tacoronte now seeks to dismiss Counts I and II of her First Amended Complaint at a late stage of litigation. This case has been pending before the Court for nearly one year. Defendants filed an answer to Tacoronte's First Amended Complaint, and the parties have each filed motions for summary judgment. Jury trial of this case is currently set for the trial term beginning on May 1, 2014. Defendants have undoubtedly expended significant sums in defending against the claims

that Tacoronte now seeks to abandon. Additionally, because dismissal of these claims would preclude Defendants from seeking attorney's fees and costs if Defendants were to otherwise prevail on their pending motion for summary judgment, Defendants would be prejudiced by dismissal on the terms Tacoronte now seeks.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, a court may dismiss a claim "on terms that the court considers proper." Because Tacoronte seeks dismissal at a late stage of litigation and because Defendants would be prejudiced by a dismissal on the terms Tacoronte seeks, the Court will dismiss Count I and Count II of Tacoronte's First Amended Complaint on the condition that Tacoronte pay the attorney's fees and costs that Defendants have incurred in defending the claims asserted in Counts I and II of Tacoronte's First Amended Complaint. *See Tesma v. Maddox-Joines, Inc.*, 254 F.R.D. 699, 702 (S.D. Fla. 2008) (conditioning dismissal sought after defendant filed a motion for summary judgment on plaintiff's payment of attorney's fees and costs that defendant incurred in defense of the action); *Pezold Air Charters v. Phoenix Corp.*, 192 F.R.D. 721, 728 (M.D. Fla. 2000) ("The Court will not allow [counter-plaintiff] to use a motion for voluntary dismissal as a means to avoid the consequences of its actions.").

For the foregoing reasons, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Danielle Tacoronte's Motion to Dismiss Counts I and II of Amended Complaint (Doc. 82) is **GRANTED**.

2. Count I and Count II of Plaintiff Danielle Tacoronte's First Amended Complaint are **DISMISSED with prejudice.**

3. Plaintiff Danielle Tacoronte shall pay the attorney's fees and costs that Defendants have incurred in connection with defending the claims asserted in Counts I and II of Tacoronte's First Amended Complaint.

**DONE** and **ORDERED** in Orlando, Florida on this \_\_\_4\_\_\_ day of March, 2014.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record