UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION

DANIELL TACORONTE,

        Plaintiff,         District Court Case No. **6:13-cv-418-Orl-18GJK**

vs.

MARC B. COHEN, GREENSPOON MARDER P.A.;

        Defendants.

**PLAINTIFF'S NOTICE OF APPEAL
TO THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

Notice is hereby given that Plaintiff, DANIELLE TACORONTE hereby appeals to the United States Court of Appeals for the Eleventh Circuit, the Order entered May 9th, 2014 ( Doc __128__ ) Granting Defendants Motion for Sanctions (Motion For Sanctions Doc 97) and Defendants Motion for Contempt and Sanctions (Doc 99) and Defendants Motion for Attorney Fees ( Doc 100), a true and correct copy of which May 9th 2014 Order is attached hereto.

    The parties to this case and the Order appealed from and the name and address of its attorneys are:

Plaintiff/Appellant:   Danielle Tacoronte

J. Marshall Gilmore, Esq.
FBN 840-181
Counsel for Plaintiff/ Appellant
1936 Lee Road, Suite 100
Winter Park, FL 32789
Phone 407 937-8675/(321) 591-9922
Fax 407 599-3801
mgilmore@mgilmorelaw.com

Defendants/Appellees:   Marc B. Cohen and Greenspoon Marder, P.A.

Richard Epstein and Meredith Leonard
Greenspoon Marder, P.S.
Attorney for Party Defendants
200 East Broward Blvd., Suite 200
Ft. Lauderdale, FL 33301
(941) 941-1120 -319-5230
Richard.epstein@gmlaw.com

Dated: May 16, 2014

Respectfully submitted,

/s/ J. Marshall Gilmore
J. Marshall Gilmore, Esq.
FBN 840-181
Counsel for Plaintiff/ Appellant
1936 Lee Road, Suite 100
Winter Park, FL 32789
Phone 407 937-8675/(321) 591-9922
Fax 407 599-3801

mgilmore@mgilmorelaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 16th day of May, 2014 by U.S. Mail and electronically and via Clerk of the Court to:

Richard Epstein, Esq. and
Meredith Leonard, Esq.
Greenspoon Marder, P.S.
200 East Broward Blvd., Suite 200
Ft. Lauderdale, FL 33301
Richard.epstein@gmlaw.com

/s/ J. Marshall Gilmore
J. Marshall Gilmore, Esq.
Attorney for Plaintiff/Appellant