# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DANIELLE TACORONTE,**

    **Plaintiff,**

v.                       **Case No:  6:13-cv-418-Orl-18GJK**

**MARC B. COHEN and GREENSPOON MARDER, P.A.,**

    **Defendants.**

_____

## ORDER

THIS CAUSE comes for consideration on Defendants Marc B. Cohen and Greenspoon Marder, P.A.'s Renewed Motion for Attorneys' Fees and Costs (Doc. 131), to which Plaintiff Danielle Tacoronte filed a response (Doc. 134). The Court referred the Motion to United States Magistrate Judge Gregory J. Kelly for a report and recommendation. Tacoronte filed objections (Doc. 139) to Judge Kelly's Report and Recommendation (Doc. 138). Having reviewed the Report and Recommendation and Tacoronte's objections, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 138) is **APPROVED** and **ADOPTED**.

2. The Court **GRANTS in part and DENIES in part** the Defendants Marc B. Cohen and Greenspoon Marder, P.A.'s Renewed Motion for Attorneys' Fees and Costs (Doc. 131).

3. The Defendants are awarded a total of $118,854.09, representing $117,552.13 in attorneys' fees and $1,301.96 in costs.

4. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this 23rd day of October, 2014.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record